**From:** Mike Hyatt <mhyatt@gmcs.k12.nm.us>
**Date:** April 20, 2018 at 11:37:12 AM MDT
**To:** ALLPrincipalsDistList <ALLPrincipalsDistLis@gmcs.k12.nm.us>
**Subject: NEW SAFETY INFORMATION TO BE ACCOUNTABLE FOR**

Principals,

In the district there are additional measures we are taking to increase our safety and protocols. These measures have come from our law enforcement and other individuals as we have brainstormed what we can do better protect our students and staff. We will continue to add to and make revisions to these procedures and policy. I have also included the last safety email I sent you for your review and ask that you assess your site for compliance. I understand that that we are still working through some technical issues with card readers, cameras, and electronic door access systems and so you may not be equipped to fully accomplish what I am asking you to do. These issues are being addressed as quickly as possible. I will outline new processes below and will also give you some actions that will or are being worked on.

**New rules:**

- Enforce your dress code. It is much easier to identify intruders when they may not look like the rest of the students or possibly staff. If you have a dress code that is not easily discernable you should consider how to differentiate your school population from the public. I would suggest requiring ID's to be worn in school if this is the case. If you have other suggestions/ideas then please get it approved through me before enacting.

1
Exhibit 1

- Active shooter training must be completed once per year for all your staff. This training must be conducted by local law enforcement or our security guard vendor.

**Procedures/rule changes for visitors:**

- Staring July 1st, 2018 only your school students may be on your campus during the school day. The only exceptions are if the student is a registered home school student that is verified in PowerSchool and has the proper approved paperwork that they are taking a class at your school. We will also allow students who are not a part of schools who are participating in sponsored NMAA activities to be on our campus only when they are leaving during the school day on a trip. They should not be entering the school during these times. To be clear, you may have an athletic class that has some or all your athletes on a certain team attending, this does not mean students from outside the school can participate during these classes. No private or charter school students are allowed to be a part of these classes. All practices are held outside of school hours for their participation.

- Staring July 1st, 2018 all dances or like events will not include participants/dates who are not a part of our regular school system. Participants/dates at the high school level must be attending the school that the dance is sponsored. Principals may make exceptions to allow current students from the other high schools to attend. These other high schools can only include Ramah High, Tse Yi Gai High, Crownpoint High, Tohatchi High, Thoreau High, Gallup Central High, Miyamura High, Navajo Pine High, Gallup High schools Please note that these schools include any student attending McKinley Academy as they are enrolled in these schools also). Students not of school age, charter or private school students, or home school students not enrolled in these specific schools will not be allowed to participate in these future events.  (like events include such things as homecoming activities, pep rallies etc.)

**Other safety measures being considered or being implemented:**

- Video doorbell systems will be installed in all schools in 2018. All visitors will be required to be "buzzed" in or electronically allowed in the building during school hours.
- First aid kits will be provided for all classrooms next school year
- Fencing will be installed or fixed to keep as many campuses as possible with minimal access points to the school grounds during 2018-19 school year.
- Classroom doors will be equipped to be locked quickly in an emergency even if a key is not available.
- Examinations of each school's campus will happen randomly for safety enforcement. Sites will not be notified when these examinations are conducted. Reports will be provided to site Admin once completed and these reports will provide sites with areas in need of improvement and areas of success.
- New buildings designed in the future will be better designed for safety purposes. Current law does enact required safety regulations for threats from guns or other like weapons.
- All law/safety enforcement will receive an updated three-deep phone call list for each GMCS site so that they can be better assured of having emergency contact with sites.

Items addressed will be embedded in all necessary handbooks in the future. If you have any questions, please contact me.

Respectfully,

Mike Hyatt

**From:** Mike Hyatt
**Sent:** Wednesday, March 14, 2018 11:33 AM
**To:** ALLPrincipalsDistList <ALLPrincipalsDistLis@gmcs.k12.nm.us>
**Subject:** SAFETY

Principals,
Thank you for all your hard work this year. I know your job carries a significant amount of stress but I hope you having some rewarding experiences also.
I wanted to touch base regarding some of the expectations regarding drills and safety protocols. As of late, there has been some misinterpretation of these requirements so I want to make sure we are all on the same page. Please contact me if you have any questions.

Each school site is required to do the following:

- A code yellow and a code red practice drill each semester. These drills will be documented and submitted to Mary Lindenmeyer immediately following the practice drill. She will track the drills completed for my review. Utilize information learned from active shooter trainings to inform your students how to respond individually. We train staff but sometimes the pertinent information learned is not disseminated to our students.

- Receive active shooter training from the law enforcement serving the school or from Red Rock Security. This training should be completed each year.

- Complete 2 fire drills during the month of August and a fire drill during each month through the rest of the school year. These are also documented and you should now submit that documentation to Mary Lindenmeyer also. Make sure you have a process for accounting for students during these drills and have a reporting process so that you know that all students have left the building.

- Once a school is equipped with a front door video conference device they must keep all exterior doors locked during as much of the day as possible. Approximately half of the schools currently have these devices now. We will be installing these devices on the rest of the schools this year. For those schools currently without these devices, you should be securing your building as necessary. Having one access point/door is preferable so that visitors are more easily monitored.

- Once card readers are installed and functioning then all staff should only be using their assigned card to access the building. No exterior keys should be used by staff. Custodians and principals are an exception for using exterior keys during their work hours.

We are continually looking for added ways to secure our buildings and deter threats. I appreciate your vigilance in working to keep your students and staff safe.
Mike