# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

*Begay-Platero et al v. Gallup McKinley County School District*
18cv861 – PJK/SCY

May 16, 2019

**PLAINTIFF'S ATTORNEY PRESENT:**  David R Jordan

**DEFENDANT'S ATTORNEYS PRESENT:**  Carlos J. Padilla

**TYPE OF PROCEEDING:**  Status Conference
Total Time - 9 minutes

**CLERK'S MINUTES:**

- The Court held this status conference at the request of Circuit Judge Paul Kelly, sitting by designation. (Doc. 23).
- The Court asks the parties to address whether discovery should go forward in light of the recent memorandum opinion and whether the parties want a settlement conference.
- The parties agree that discovery should be stayed and the parties do not want a settlement conference until after the decision on the pending motion to dismiss.
- The Court concluded the status conference.