**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SHARLENE BEGAY-PLATERO & JOHN PLATERO JR.

        Plaintiffs,

v.                                    Case No. 1:18-cv-00861

GALLUP MCKINLEY COUNTY SCHOOL DISTRICT

        Defendant.

**NOTICE OF CHANGE OF ADDRESS**
**FOR COUNSEL FOR DEFENDANT**
**DUE TO CHANGE LAW FIRM**

      COMES NOW, Andrew M. Sanchez, undersigned counsel for Defendant Gallup McKinley County School District, ("School District"), and provides notice of his change in law firm membership and of the resultant change in his contact information to as follows:

                        Andrew M. Sanchez
                        Scariano, Himes and Petrarca
                        5015 Journal Center Blvd. N.E., Suite 320
                        Albuquerque, New Mexico  87109
                        (505) 259-2069  Fax (312) 565-0000
                        asanchez@edlawyer.com

As such, the law firm of Scariano, Himes and Petrarca (Andrew M. Sanchez) enters its appearance of record on behalf of Defendant in the above-entitled and numbered cause.

Respectfully submitted,

SCARIANO, HIMES AND PETRARCA

By: *electronically filed on May 17, 2019*
      ANDREW M. SANCHEZ
      5051 Journal Center Blvd. NE, Suite 320
      Albuquerque, New Mexico  87109
      (505) 259-2069
      asanchez@edlawyer.com

      **ATTORNEYS FOR THE BOARD OF EDUCATION**
      **FOR THE GALLUP-MCKINLEY COUNTY**
      **SCHOOLS**

I HEREBY CERTIFY that on the 17th day of May, 2019, the foregoing pleading was electronically filed and served through the Court's CM/ECF system, which caused the foregoing parties or counsel of record to be served by electronic means as more reflected on the Notice of Electronic Filing:

DAVID R. JORDAN
THE LAW OFFICE OF DAVID R. JORDAN, P.C.
**ATTORNEY FOR PLAINTIFFS**
Post Office Box 840
1995 State Road 602
Gallup, New Mexico  87305-0840
(505) 863 2205
**djlaw919@gmail.com**

on the 17th day of May, 2019.

*electronically filed on May 17, 2019*
ANDREW M. SANCHEZ